JOHN M. SORICH (CA Bar No.125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
VALERIE K. BRENNAN (CA Bar No. 248148)
vbrennan@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE LLC,
erroneously sued as CHASE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESTRADA,<br><br>         Plaintiff,<br><br>v.<br><br>CHASE, doing business in the State of California, DOE LENDER and DOES 1 to 100,<br><br>         Defendants. | **CASE NO.: CV09-517 R (PJWx)**<br><br>**JUDGE:**   Manuel L. Real<br><br>JUDGMENT<br><br>**Action Filed:**   December 9, 2008 |

///

///

1
JUDGMENT

1074658.1

1  The Motion of defendant Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase" or "Defendant") to Dismiss the Complaint of plaintiff Jorge Estrada ("Plaintiff") came regularly for hearing on March 16, 2009, at 10:00 a.m. in Department "8" of the above-entitled Court, the Honorable Manuel L. Real, Judge, presiding.  S. Christopher Yoo, Esq. of Adorno, Yoss, Alvarado & Smith, a professional corporation, appeared for the moving parties.  No other appearance was made.

On March 16, 2009, this Court granted the Motion of defendant Chase Home Finance LLC, erroneously sued as Chase Home Finance ("Chase" or "Defendant") to Dismiss the Complaint of plaintiff Jorge Estrada ("Plaintiff").  The Court found that Plaintiff cannot state any claim against Chase for the reasons set forth in the Motion to Dismiss.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in its entirety is dismissed with prejudice as to Chase.  The Court orders that Judgment is entered in favor of Chase.

DATED: March 30, 2009    By: _____
                              Manuel L. Real
                              Judge, United States District Court

2
JUDGMENT

1074658.1